IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3089 |
| vs. | |
| RODNEY P. MAZZULLA, | ORDER |
| Defendant. | |

Government has moved to continue the hearing on Defendant's motion to suppress (Filing No. 79). As explained by counsel, a material witness cannot attend the hearing at the currently scheduled date and time. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Government's motion to continue, (Filing No. 79), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing Nos. 39 an 54), will be held before the undersigned magistrate judge on January 30, 2018 at 11:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. One hour has been set aside for this hearing.

January 17, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge