IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3089 |
| vs. | |
| RODNEY P. MAZZULLA, | ORDER |
| Defendant. | |

The defendant, Rodney P. Mazzulla, has objected (filing 102) to the Magistrate Judge's Findings and Recommendations (filing 76) and (filing 91) denying the defendant's motions to suppress (filing 39) and (filing 54). The Court has conducted a de novo review of the motions to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objections to be without merit. The Court will therefore adopt the Findings and Recommendations.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendations (filing 76) and (filing 91) are adopted.

2. The defendant's objection (filing 102) is overruled.

3. The defendant's Motions to Suppress (filing 39) and (filing 54) are denied.

Dated this 15th day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge