IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3089 |
| vs. | |
| RODNEY P. MAZZULLA, | ORDER |
| Defendant. | |

The defendant has moved the Court, pursuant to Fed. R. Crim. P. 41(g), for the return of property seized from his residence. Filing 210. Rule 41(g) authorizes a person whose property is seized by the government to petition the district court for its return. If the movant establishes lawful entitlement to the property, the government must then establish a legitimate reason to retain the property, which may include the government's need to retain the property as evidence. *Jackson v. United States*, 526 F.3d 394, 396–97 (8th Cir. 2008).

In this case, the defendant is also collaterally attacking the judgment against him pursuant to 28 U.S.C. § 2255. *See* filing 232. So, the government is justified in retaining the property at least during the pendency of postconviction proceedings. *See United States v. Mendez*, 860 F.3d 1147, 1150 (8th Cir. 2017). Accordingly,

IT IS ORDERED that the defendant's motion for return of property (filing 210) is denied.

Dated this 3rd day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge