IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3089 |
| vs. | ORDER |
| RODNEY P. MAZZULLA, | |
| Defendant. | |

This matter is before the Court upon initial review of the pro se motion to vacate under 28 U.S.C. § 2255 (filing 232) filed by the defendant, Rodney Mazzulla. The defendant has submitted a 54-page motion raising fact-intensive claims arising from his jury trial. *See* filing 232. The Court finds that the government should respond to the motion before the Court determines whether an evidentiary hearing is required. Accordingly,

IT IS ORDERED that the government shall respond to the defendant's § 2255 motion (filing 232) on or before April 19, 2021.

Dated this 4th day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge