IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3089 |
| vs. | ORDER |
| RODNEY P. MAZZULLA, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to extend (filing 239) is granted.

2. The defendant may reply in support of his motion to vacate (filing 232) on or before June 11, 2021.

Dated this 12th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge