IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RODNEY P. MAZZULLA,

        Defendant.

4:17-CR-3089

ORDER

IT IS ORDERED that for the reasons stated in the Court's Order of May 15, 2024 (filing 259), the defendant's motion to reconsider (filing 260) is denied.

Dated this 2nd day of July, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge