IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODNEY P. MAZZULLA,<br><br>    Defendant. | 4:17-CR-3089<br><br>ORDER |

  For the reasons stated in filing 243 and filing 259, the Court finds that the defendant has failed to make a substantial showing of the denial of a constitutional right. The Court is not persuaded that the issues raised are debatable among reasonable jurists, that a Court could resolve the issues differently, or that the issues deserve further proceedings. Accordingly, the Court will not issue a certificate of appealability.

  IT IS ORDERED:

1. The Court will not issue a certificate of appealability in this matter.

2. The Clerk of the Court shall provide a copy of this order to the U.S. Court of Appeals for the Eighth Circuit.

Dated this 17th day of July, 2024.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge